814

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* RAMON M. RODRIGUEZ *et al.,* Defendants-Appellees.

(No. 72-359; 

Second District—December 10, 1973.

Opinion by Mr. PRESIDING JUSTICE GUILD.

Malcolm F. Smith, Assistant State's Attorney, of Wheaton, and James W. Jerz, of Model District State's Attorney's Office, of Elgin, for the People.

Frank Wesolowski, Jr., Public Defender, of Wheaton, for appellees.